```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

Kevin Liu

                            Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

15  -CR- 616 (AT)

Defendant ___Kevin Liu___ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

___Kevin Liu (by counsel, A. Cecutti)___
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Kevin Liu**
Print Defendant's Name

*Anthony Cecutti*
Defendant's Counsel's Signature

**Anthony Cecutti**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2/22/2021
Date

_____
U.S. District Judge/U.S. Magistrate Judge