UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

YONGCHAO LIU,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/22/2021_____

15 Cr. 616-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **April 29, 2021**, the Government shall respond to Defendant's submission at ECF No. 810.

    SO ORDERED.

Dated: April 22, 2021
       New York, New York

                                                ANALISA TORRES
                                        United States District Judge