USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

YONGCHAO LIU,

Defendant.

15 Cr. 616-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for July 27, 2021, is ADJOURNED to **July 29, 2021**, at **11:30 a.m.**, due to COVID-19-related scheduling constraints at the Metropolitan Detention Center. The sentencing shall proceed in accordance with the instructions set forth at ECF No. 827.

    Members of the press and public who are not able to attend the proceeding may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

    SO ORDERED.

Dated: July 21, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge