UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

YONGCHAO LIU,

                           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/29/2021__

15 Cr. 616-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    As stated on the record today, July 29, 2021, Defendant is sentenced to time served with respect to Count One of the Third Superseding Information.

    SO ORDERED.

Dated: July 29, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge